1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pearl Wilson, Personal Representative of the Estate of Phillip Wilson, deceased; Terry Wilson and Pearl Wilson, surviving parents of Phillip Wilson,<br><br>        Plaintiffs,<br><br>vs.<br><br>Maricopa County, a public entity, et al.,<br><br>        Defendant. | No. CV 04-2873 PHX-DGC<br><br>**ORDER** |

The parties filed a Stipulation Regarding Pretrial Deadlines (Doc. #45) that the Court rejected because it did not satisfy the "good cause" standard of Federal Rule of Civil Procedure 16(b). The parties have now filed an Amended Stipulation Regarding Pretrial Deadlines (Doc. #61). The parties ask the Court to extend fact and expert discovery until June 16, 2006, and to set a deadline for dispositive motions of July 14, 2006. The parties note that they anticipate taking over 30 depositions and that depositions have not been possible to this point because of the parties' efforts to complete written discovery. The parties also note that they will be involved in a two-month trial during February and March of 2006, an effort that will preclude substantial discovery in this case.

The Court concludes that the parties have shown good cause for the additional extension, but cautions the parties that it will not be inclined to extend the deadlines further.

**IT IS HEREBY ORDERED:**

1. The deadline for completing fact discovery shall be **June 16, 2006**.

2. The parties shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **April 14, 2006**.

3. Rebuttal expert reports, if any, shall be exchanged no later than **May 12, 2006**. Rebuttal experts shall be limited to responding to opinions stated by initial experts.

4. Supplementation of these expert reports will not be permitted absent agreement of both parties. Thus, full and complete expert disclosures must be made by the dates set forth above.

5. Expert depositions shall be completed no later than **June 16, 2006**.

6. Dispositive motions shall be filed no later than **July 14, 2006**.

7. As noted above, the Court does not intend to grant additional extensions to this schedule.

DATED this 9th day of November, 2005.

_____
David G. Campbell
United States District Judge