**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pearl Wilson, Personal Representative of the Estate of Phillip Wilson, deceased; Terry Wilson and Pearl Wilson, surviving parents of Phillip Wilson,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County, a public entity, et al.,<br><br>Defendants. | No. CV-04-2873 PHX-DGC<br><br>**FINAL JUDGMENT** |

In an order dated November 9, 2006, the Court granted summary judgment on some of Plaintiffs' claims. Dkt. #296. On May 11, 2007, the jury returned a verdict in favor of Defendants on all remaining claims. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, final judgment is hereby entered in favor of Defendants on all claims in this case.

DATED this 15th day of May, 2007.

David G. Campbell
United States District Judge